UNITED STATES DISTRICT COURT

for the

DISTRICT OF MASSACHUSETTS

KENNETH HOWARD GASSETT                    Civil Action No.

420 Pearl Street, Brockton, Massachusetts 02301

PLAINTIFF

Vs

MARITIME ADMINISTRATION ( MarAd ) ( m/v CAPE DUCATO )

Depart ment of Transportation, Secretary, Room 7210, 400 Seventh Street SW, Washington DC 20590

DEFENDANT

COMPLAINT

1.) The defendant is the owner of the CAPE DUCATO resident at 400 Seventh Street SW, Washington DC 20590

(Management of the CAPE DUCATO is by Marine Transport Lines, Charleston, South Carolina )

2.) The plaintiff is Kenneth Howard Gassett a resident of 420 Pearl Street, Brockton, Massachusetts 02301 and a citizen of the United States of America.

JURISDICTION

3.) Clarification Act 50 U.S.C. App § 1291 enforceable in personam against the United States pursuant to the Suits in Admiralty Act ( S.A.A. ) 46 U.S.C. App §§ 741-752 Remedy via SAA 46 U.S.C. § 745. See SAM v. KEYSTONE SHIPPING Co, Cite as 913 F. Supp. 514, and MARTIN v. MILLER Cite as 65 F. 3d 434, and 46 U.S.C. § 10313 (g) "Double Wage Penalty" Suits for Seaman Wages.

4.) Marine Engineers Beneficial Association Union ( MEBA ) Contract for Marine Transport Lines regarding G.M.D.S.S. operator duties when NO Radio Operator is working on the vessel.

FACTS

5.) From September 25 to September 30, 2009 Kenneth Howard Gassett was employed as a Second Mate on the Cape Ducato a total of SIX DAYS.

6.) Total wages minus social security and medicaid tax and a 1% medical contribution ( medical is not taxed ) are as following; Daily Base Wage $207.32 Dollars, Daily Employee Directed Contribution Plan $41.92 Dollars, Overtime rate $44.87 Dollars ( Total overtime hours are 37, for a total amount of $1660.19 Dollars ). Grand total of above amounts to $3155.63 Dollars minus FIRST the 1% medical contribution ( $31.56 Dollars ) then social security and medicaid tax ($238.99 Dollars ). For a total wage payout of $2885.07 Dollars. All money was asked to be put into

Kenneth Howard Gassett's 401K account at Fidelity Investments. ( A $10.00 Dollars CASH wage was paid-out of $2885.07 Dollars ). On November 10, 2009 $2875.07 Dollars was received by Marine Engineers Beneficial Association Union, Baltimore, Maryland, for the 401K deposit which went into Fidelity Investments on November 16, 2009.

7.) Under 46 U.S. Code Service § 10313 (g) provides that " when payment is not made as provided by subsection (f) of this section without sufficient cause, the Master or Owner shall pay to the seaman TWO DAYS' WAGES for EACH DAY  PAYMENT IS DELAYED". Known as the Double Wage Penalty.

8.) Regarding MEBA Union Contract G.M.D.S.S. Operator; "When a Radio Officer (RO) or U.S.C.G. Licensed Electronic Technician (ET) is not employed, and Officer who is properly G.M.D.S.S. certified and actually performs communication duties and/or maintenance, shall be compensated by and additional payment of $2280.09 Dollars per month, prorated when appropriate and allocated when more than one (1) qualified Officer performs such additional work". All money for this duty went to the TWO THIRD MATES and NO Money was paid the Second Mate, Kenneth Howard Gassett. All Mates during their bridge watch were licensed G.M.D.S.S. operators and performed G.M.D.S.S. duties.

9.) Equalization of overtime between the two Third Mates and Second Mate Kenneth Howard Gassett shall be practiced. When-ever a Mate verbally informs the Master or Chief Mate requesting overtime on a daily basis.

10.) No ground transportation money was paid from Boston Airport to the Second Mates' Kenneth Howard Gassett residence, ( the returning travel trip ). Total due $ 85.00 Dollars.

11.) Wherefore, the Plaintiff demands judgement against the defendant for damages, and for such other relief as this court deems just.

November 27 2009

*Kenneth Howard Gassett Pro Se* (signature)
Kenneth Howard Gassett Pro se

420 Pearl Street, Brockton, Massachusetts 02301

Telephone 508-587-4163